**Order entered November 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01078-CV

### IN RE JEREMY LIEBBE

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01702**

## ORDER

The Court has received correspondence from appellant stating that he has requested and paid for the reporter's record. The letter states that Ms. Martin indicated she would be filing the record this week. Accordingly, we **ORDER** court reporter Sheretta Martin to file the reporter's record within **TEN DAYS** of the date of this order.

/s/     ELIZABETH LANG-MIERS
            JUSTICE